IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) BARRY EDWARD PAGAN-NARVAEZ<br>(Counts Three and Four)<br>2) HECTOR GONZALEZ-SUAREZ, a/k/a Palomo<br>(Counts One, Two, Three and Four)<br>3) MELVIN MENDEZ-ROLAN a/k/a Mel<br>(Counts One and Two)<br>4) REY MANUEL RODRIGUEZ-ESPERON<br>(Counts One and Two)<br>5) JOSE L. CABRERA-COSME, a/k/a Luis Villalobos<br>A/K/A Luis Canales<br>(Counts One and Two)<br>6) REYNALDO RODRIGUEZ-ESPERON, a/k/a Papolín<br>(Counts One and Two)<br>7) LUIS A. ACEVEDO-DONES<br>(Counts One and Two)<br>8) JERRY O. RODRIGUEZ-REYES, a/k/a Quiri<br>(Counts One and Two)<br>9) JONATHAN DE JESUS<br>(Counts One and Two)<br>10) ANTONIO BELTRAN-MARTINEZ<br>(Counts one and Two)<br>**11) MIGUEL A. RIVERA-CANALES**, a/k/a Miguel<br>(Counts One and Two)<br>12) IVAN DE JESUS-OSLAN, a/k/a Uffy, a/k/a Puffy<br>(Counts One and Two)<br>13) DELIA E. SANCHEZ-SANCHEZ, a/k/a Delia La Millonaria, a/k/a Delia Millones<br>(Count One)<br>14) JONATHAN AYALA-GARCIA, a/k/a Mikima<br>a/k/a Jonathan García-Ayala<br>(Count One)<br>15) SAMUEL A. APONTE-DENTON, a/k/a Sammy<br>(Count One)<br>16) MYRIAM FIGUEROA-CENTENO, a/k/a Myriam La Enana<br>(Count One)<br>17) VICTOR MASS, a/k/a Nenito, a/k/a Víctor Mass-Adorno<br>(Count One) | CRIMINAL 06-0299CCC |

18) MARIA E. DIAZ-RAMOS
(Count One)
19) BARTOLOME FERREA-PINEDA
(Count One)
20) BERNARDO PEÑA-CALO, a/k/a Zazule, a/k/a Zazules
21) HIRAM J. AGRON-MARTINEZ, a/k/a Johan
(Count eOne)
22) ELMER RIVERA-SANTANA, a/k/a Elmer
(Count One)
23) ANGEL FIGUEROA-PINO
(Count One)
24) LUIS E. SANTIAGO-TORRES
(Counts One and Two)
25) FELIPE GONZALEZ-OJEDA, a/k/a Pipe
(Counts One and Two)
26) MARIA Y. RAMIREZ-DEL-VALLE
(Count One)
Defendants

# O R D E R

Having considered the Report and Recommendation filed on July 5, 2008 (docket entry 695) on a Rule 11 proceeding of co-defendant Miguel A. Rivera-Canales held before Magistrate Judge Marcos E. Lopez on July 3, 2008, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Miguel A. Rivera-Canales is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 3, 2008. The sentencing hearing is set for October 3, 2008 at 4:15 PM.

SO ORDERED.

At San Juan, Puerto Rico, on July 8, 2008.

S/CARMEN CONSUELO CEREZO
United States District Judge